In the Matter of ARTHUR J. CILENTO, on Behalf of SALVATORE SPITALE, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent.

Argued January 4, 1951; decided January 18, 1951.

*John T. Sullivan, Franklin P. Gavin* and *Arthur J. Cilento,* in person, for appellant.

*Nathaniel L. Goldstein, Attorney-General (Raymond B. Madden, Wendell P. Brown* and *Herman N. Harcourt* of counsel), for respondent.

Order affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.